UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MARIAN SIDORICK, :
:
                Plaintiff, :
: 19-CV-8932 (VSB)
      -against- :
: **ORDER**
BRILLIANT HOLDINGS, LLC, et al., :
:
                Defendants. :
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2020

VERNON S. BRODERICK, United States District Judge:

        On January 17, 2020, Defendants Brilliant Holdings, LLC, and Ronald Gatehouse filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Docs. 42, 43.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

        ORDERED that Plaintiff shall file any amended complaint by February 7, 2020. It is unlikely that Plaintiff will have a further opportunity to amend.

        IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by February 16, 2020. Defendants' reply, if any, shall be served by March 1, 2020. At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: January 20, 2020
New York, New York

_____
Vernon S. Broderick
United States District Judge